# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-14-00134-CV

---

### W. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 425TH DISTRICT COURT OF WILLIAMSON COUNTY,
### NO. 12-0026-CPS425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant W. B. filed his notice of appeal on February 25, 2014. The appellate record was complete April 18, 2014, making appellant's brief due May 8, 2014. On May 7, 2014, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than May 28, 2014. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on May 8, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose